UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY INSURANCE CORPORATION, THE
FIRST LIBERTY INSURANCE CORPORATION, LM
INSURANCE CORPORATION, LIBERTY MUTUAL
MID-ATLANTIC INSURANCE COMPANY,
LIBERTY COUNTY MUTUAL INSURANCE
COMPANY, LM PROPERTY and CASUALTY
INSURANCE COMPANY, SAFECO COMPANY OF
INDIANA, and AMERICAN STATES INSURANCE
COMPANY,

Docket No.: 1:24-cv-04031-EK-SJB

                              Plaintiffs,

        -against-

OLEG GOLOUBENKO MEDICAL, P.C., OLEG
GOLOUBENKO, M.D., AMON CHIROPRACTIC,
P.C., CRONOS CHIROPRACTIC, P.C., MICHAEL
GORELIK, D.C., PRIORITY CARE REHAB &
PHYSICAL THERAPY, P.C., WAEL BAKRY, P.T.,
COUNTY MEDICAL SERVICES, P.C., WILLIAM
FOCAZIO, M.D., IRINA BELYANSKAYA O.T., P.C.,
IRINA BELYANSKAYA, O.T.,
NEPTUNE MEDICAL SERVICES, P.C.,
ALEXANDER KATZ, M.D., BEST TOUCH PT, P.C.,
ABOURYA ABDELHAMID MAHMOUD, P.T.,
PHYSICAL INFINITY MEDICAL, P.C.,
PAULINE RAITSES, D.O., IGOR BELYANSKY,
GOLDEN TREE SIE LLC, IRINA BARINOV, and
JOHN DOE DEFENDANTS 1-10,
                              Defendants.
-------------------------------------------------------------------X


## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs, Liberty Mutual Insurance

Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First

Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance

Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance

Company, Safeco Company of Indiana, and American States Insurance Company (collectively, "Liberty Mutual" or "Plaintiffs"), in the above-titled action.

Dated:      Uniondale, New York
           June 11, 2024

RIVKIN RADLER LLP

By:    /s/   *Michael A. Sirignano*

Michael A. Sirignano, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone:   (516) 357-3000
Facsimile:    (516) 357-3333
RR File:     09162-1241