UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - X
LIBERTY MUTUAL INSURANCE COMPANY,
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY INSURANCE CORPORATION,
THE FIRST LIBERTY INSURANCE
CORPORATION, LM INSURANCE CORPORATION,
LIBERTY MUTUAL MID-ATLANTIC INSURANCE
COMPANY, LIBERTY COUNTY MUTUAL
INSURANCE COMPANY, LM PROPERTY and CASUALTY
INSURANCE COMPANY, SAFECO COMPANY OF
INDIANA, and AMERICAN STATES INSURANCE
COMPANY,

                                                Plaintiffs,

    -against-                                            Docket No.: 1:24-cv-04031-EK-SJB

OLEG GOLOUBENKO MEDICAL, P.C.,
OLEG GOLOUBENKO, M.D., AMON CHIROPRACTIC,
P.C., CRONOS CHIROPRACTIC, P.C., MICHAEL GORELIK,
D.C., PRIORITY CARE REHAB & PHYSICAL THERAPY,
P.C., WAEL BAKRY, P.T., COUNTY MEDICAL SERVICES,
P.C., WILLIAM FOCAZIO, M.D., IRINA BELYANSKAYA O.T.,
P.C., IRINA BELYANSKAYA, O.T., NEPTUNE MEDICAL
SERVICES, P.C., ALEXANDER KATZ, M.D., BEST TOUCH PT,
P.C., ABOURYA ABDELHAMID MAHMOUD, P.T.,
PHYSICAL INFINITY MEDICAL, P.C., PAULINE RAITSES,
D.O., IGOR BELYANSKY, GOLDEN TREE SIE LLC,
IRINA BARINOV, and JOHN DOE DEFENDANTS 1-10,

                                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF DEFAULT REGARDING BEST TOUCH PT, P.C.

       I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, Best Touch PT, P.C., has not filed an answer or otherwise moved with respect to the Complaint herein. The default of

Defendant, Best Touch PT, P.C., hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:     Brooklyn, New York
            August 7, 2024

                                                  BRENNA B. MAHONEY
                                                  Clerk of the Court

                                                  By: *Jalitza Poveda*
                                                        Deputy Clerk