


926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

**FRANK P. TISCIONE**
PARTNER
(516) 357-3315
Frank.Tiscione@rivkin.com

September 25, 2024

**VIA ECF**
Honorable Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Liberty Mutual Insurance Company, et al. v. Oleg Goloubenko Medical, P.C., et al.*
Docket No. 1:24-cv-04031-EK-SJB

Dear Magistrate Judge Bulsara:

This firm represents Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, "Liberty Mutual" or "Plaintiffs") in the above-referenced action.

I write with the consent of opposing counsel to report that Plaintiffs have reached a settlement in principle with all Defendants in this action – Oleg Goloubenko Medical, P.C., Oleg Goloubenko, M.D., Amon Chiropractic, P.C., Cronos Chiropractic, P.C., Michael Gorelik, D.C., Priority Care Rehab & Physical Therapy, P.C., Wael Bakry, P.T., County Medical Services, P.C., William Focazio, M.D., Irina Belyanskaya, O.T., P.C., Irina Belyanskaya, O.T., Neptune Medical Services, P.C., Alexander Katz, M.D., Best Touch PT, P.C., Abourya Abdelhamid Mahmoud, P.T., Physical Infinity Medical, P.C., Pauline Raitses, D.O., Igor Belyansky, Golden Tree SIE LLC, and Irina Barinov ("Defendants"). Settlement agreements with the Defendants are in the process of being completed. After certain conditions are met, Plaintiffs will file stipulations discontinuing the claims against the Defendants.

We will keep the Court apprised of the effectuation of this settlement. In the meantime, we stand ready to respond should the Court have any questions.

We appreciate the Court's attention to this matter.

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street, Court Plaza North
Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925  F 904.467.3461

477 Madison Avenue
New York, NY 10022-5818
T 212.455.9555  F 212.687.9044

2649 South Road, Suite 100
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777



        Respectfully submitted,

        RIVKIN RADLER LLP

        */s/* ***Frank P. Tiscione***

        Frank P. Tiscione

cc:    All Counsel of Record (by ECF)