UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
et al.,

                            Plaintiffs,

     -against-

OLEG GOLOUBENKO MEDICAL, P.C., et al.,

                           Defendants.
------------------------------------------------------------------X

Docket No.:
1:24-cv-04031-EK-SJB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, the "Plaintiffs"), through their counsel, Rivkin Radler LLP, hereby give notice that Plaintiffs voluntarily dismiss their claims, without prejudice, against John Doe Defendants 1-10.

Dated: January 2, 2025

                                            RIVKIN RADLER LLP

                                            By: _____/s/_____
                                                Frank P. Tiscione, Esq.
                                            926 RXR Plaza
                                            Uniondale, New York 11556
                                            *Counsel for Plaintiffs*